UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 3 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**BENCH TRIAL: 4/1/09**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. PO-08-006-CI |
| v. | ) | |
| | ) | |
| JAMES HOLDEN, | ) | **JUDGMENT IN A CRIMINAL CASE** |
| Defendant. | ) | |

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | Driving Under the Influence | 11/11/08 | 1 |

**The Court found Defendant Guilty on Count 1.**

The Court found that Defendant has no criminal history and sentenced Defendant as follows:

COUNT 1: $100: $250 Fine - $150 is SUSPENDED if defendant performs 25 hours of community service and attend alcohol evaluation class. Proof of completion to be provided to the Court within 6 months from the date of sentencing.

_April 1, 2009_
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

_April 3, 2009_
Date Signed