UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOV 16 2009**

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

**BENCH TRIAL: 4/1/09**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | PO-08-006-CI | |
| Plaintiff, ) | CR-09-051-RHW | |
| v. ) | | |
| ) | | |
| JAMES HOLDEN, ) | **AMENDED JUDGMENT** | |
| Defendant. ) | | |

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | Driving Under the Influence | 11/11/08 | 1 |
| 36 CFR 4.14(b) | Open Container | 11/11/08 | 2 |
| 36 CFR 4.10(a) | Operating Vehicle Off Road | 11/11/08 | 3 |

**The Court found Defendant Guilty on Count 1.** The Court found that Defendant has no criminal history and sentenced Defendant to a Fine of $250. $150 may be suspended if defendant performs 25 hours of community service and attends alcohol evaluation class. Proof of completion to be provided to the Court within 6 months from the date of sentencing.

**Count 2:** $125 Collateral Forfeiture (no findings made, process stopped per local rule)

**Count 3:** $125 Collateral Forfeiture (no findings made, process stopped per local rule)

April 1, 2009: Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

Nov. 16, 2009
_____
Date Signed